**Carlos BROWN, Petitioner–Appellant,**

v.

**Ronald ANGELONE, Director, Virginia
Department of Corrections,
Respondent–Appellee.**

**No. 00–6975.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Carlos Brown, pro se. John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Carlos Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brown's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Brown v. Angelone,* No. CA–99–837–AM (E.D.Va. filed June 12, 2000; entered June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*